**Solomon UPSHAW, Plaintiff, Appellant,**

v.

**Morgan JAMES, et al., Defendants, Appellees.**

**No. 01–1625.**

United States Court of Appeals, First Circuit.

Nov. 30, 2001.

Solomon Upshaw on brief, pro se.

James B. Farmer, United States Attorney, Cynthia W. Lie, Assistant U.S. Attorney, and Maite A. Parsi, Assistant Attorney General, on Motion for Summary Disposition, for appellees.

Before TORRUELLA, Circuit Judge, STAHL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

After due consideration of the briefs and record on appeal, we affirm substantially for the reasons stated by the district court. The appellant failed to state any claim cognizable by the federal court.

*Affirmed.* Loc. R. 27(c).